Certificate Number: 14912-CAC-DE-025617138

Bankruptcy Case Number: 12-24565



14912-CAC-DE-025617138

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 28, 2015, at 2:34 o'clock AM EDT, Kosal Rin completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   May 28, 2015                    By:    /s/Jai Bhatt

                                        Name:  Jai Bhatt

                                        Title: Counselor